IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| VINCENT M. RUSSO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| NANCY A. BERRYHILL, | : | No. 16-5280 |
| Acting Commissioner of the | : | |
| Social Security Administration | : | |

## ORDER

**AND NOW**, this 14th day of November, 2017 upon careful and independent consideration of Plaintiff's Motion in Support of Request for Review and the response thereto, and after review of the Report and Recommendation of United States Magistrate Judge Jacob P. Hart, and there being no objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's Request for Review is **DENIED**;

3. Judgment is entered in favor of the Commissioner of Social Security; and

4. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

/s/ Mitchell S. Goldberg
_____
**MITCHELL S. GOLDBERG, J.**